Order issued September 14, 2012



In The

# Court of Appeals
### For The
## First District of Texas

---

### NO. 01-12-00709-CV

---

## CHRISTINE E. REULE, Appellant

## V.

## M & T MORTGAGE, M & T BANK BAYVIEW LOAN SERVICING, LLC, BAYVIEW FINANCIAL TRADING GROUP, LP, BAYVIEW FINANCIAL, LP, HUGHS, WATTERS, ASKANASE, LLP, Appellees

---

### On Appeal from 234th District Court
### Harris County, Texas
### Trial Court Cause No. 0875636

---

## MEMORANDUM ORDER

Appellant has filed a motion to transfer this case to the Court of Appeals for the Fourteenth District of Texas because it is related to the following case previously filed there: *Christine E. Reule v. RLZ Investments, Inc.*, No. 14-11-01002-CV. The motion is **granted**. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and

reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Chief Justice Sherry Radack
Chief Justice Sherry Radack
Acting Individually